**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELMER HERNANDEZ, | Case No.: 2:26-cv-01212-APG-EJY |
| Petitioner | **Order** |
| v. | |
| CHIEF COUNSEL FOR THE DISTRICT OF NEVADA DHS ICE, et al., | |
| Respondents | |

Petitioner Elmer Hernandez's counsel filed a notice indicating that counsel has been unable to locate Hernandez, was advised he might have been removed to Honduras, but has not received documentation or other confirmation that Hernandez was removed to Honduras. ECF No. 7 at 2.

I THEREFORE ORDER that by May 20, 2026, the respondents must file a status report regarding whether petitioner Elmer Hernandez was removed and, if not, his present location.

DATED this 14th day of May, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE