## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELMER HERNANDEZ,

    Petitioner

v.

CHIEF COUNSEL FOR THE DISTRICT OF NEVADA DHS ICE, et al.,

    Respondents

Case No.: 2:26-cv-01212-APG-EJY

**Order Dismissing Case**

The respondents have notified the court that petitioner Elmer Hernandez has been removed to Honduras. ECF No. 10.  Hopefully, in the future, the respondents will give quicker notice to counsel for immigration detainees when their clients are deported, to avoid confusion and additional work for all counsel and the court.

I HEREBY ORDER that this case is dismissed as moot.

DATED this 21st day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE